### D. G. MATTHEWS v. ED. JONES ET AL.

(Filed 12 March, 1930.)

**Appeal and Error F b—Appeal will be dismissed when assignments of error according to Rules do not appear in record.**

Exceptive assignments of error according to the Rules of Practice in the Supreme Court must appear in the record on appeal or the case will be dismissed.

APPEAL by plaintiff from *Devin, J.,* at September Term, 1929, of MARTIN.

Civil action to recover rent and to enforce a landlord's lien.

From a judgment for the rent, but without enforcement against the crops, the plaintiff appeals, assigning errors.

*B. A. Critcher for plaintiff.*
*A. R. Dunning for defendants.*

PER CURIAM. The record fails to disclose any exceptive assignment of error, made in accordance with the rules, which can be sustained, hence the judgment will be upheld. *Cecil v. Lumber Co.,* 197 N. C., 81, 147 S. E., 735.

No error.